

**DUNNINGTON**
BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

250 Park Avenue | New York, NY 10177 | Telephone: 212.682.8811 | www.dunnington.com | rdowd@dunnington.com

November 12, 2015

**VIA ECF AND FIRST CLASS MAIL**
Hon. Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Gleason v. City of New York*, et. al. 12 Civ. 4123 (RJD) (RLM)
              Letter Motion To Supplement Motion For Attorneys' Fees, Costs And Disbursements

Dear Judge Mann:

    This firm, along with John Lenoir, represents Plaintiff Peter Gleason ("Gleason") in this action. We submit this letter motion to request leave to supplement Plaintiff's pending motion for attorneys' fee, costs and disbursements to include those fees incurred in preparing reply papers. (ECF Doc. 99-110). We consulted Yuval Rubenstein, Esq., counsel for Defendants, who does not oppose Plaintiff's request to supplement.

    Enclosed with this letter motion is the Declaration of Raymond J. Dowd dated November 12, 2015 with Exhibit A, Dunnington's invoice dated October 31, 2015. Plaintiff respectfully requests that the Court consider the supplemental materials included with this letter motion and that a full award of attorneys' fees, costs and disbursements be awarded to Gleason.

                                                                    Respectfully submitted,

                                                                    Raymond J. Dowd

Encl.

Cc:    (VIA ECF )

        All Counsel Of Record